**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHAEL RAY PHILLIPS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. CIV-07-77-FHS |
| NORTHEAST OKLAHOMA ELECTRIC COOPERATIVE, INC.; NORTHEAST RURAL SERVICES a/k/a Royal Electric Corporation and Rural Electric Cooperative; and COREY GREGORY, | ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Court's written order dated June 29, 2007, (Document No. 46), the Court's oral pronouncements during a motions hearing on November 7, 2007, (as reflected in Document No. 177), and the jury's verdicts returned on November 27, 2007, judgment is entered as follows:

1. In favor of Defendant, Corey Gregory, on Plaintiff's claims for (a) racial discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1), (b) assault and battery, (c) retaliatory discharge in violation of the Oklahoma Worker's Compensation Act, (d) negligent hiring, retention, and supervision, and (e) wrongful discharge in violation of Oklahoma public policy; and

2. In favor of Defendants, Northeast Oklahoma Electric Cooperative, Inc. and Northeast Rural Services a/k/a Royal Electric Corporation and Rural Electric Cooperative, on Plaintiff's claims for (a) negligent hiring, retention, and supervision, (b) wrongful discharge in violation of Oklahoma public policy, (c) intentional infliction of severe emotional distress, (d) retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a), and (e) racially hostile or abusive work environment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1).

Judgment is so entered this 29th day of November, 2007.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma